# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SAM DONAGHE,

    Plaintiff,

v.

PATRISHA LASHWAY, et al.,

    Defendants.

CASE NO. 3:16-CV-05973-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation (Dkt. 60).

(2)    The Court grants plaintiff's Motion to Dismiss (Dkt. 58), and Orders that this action (Amended Complaint, Dkt. 42) is dismissed without prejudice.

**DATED** this 28th day of February, 2018.

_____

ROBERT J. BRYAN
United States District Judge